# EXHIBIT A

# SUMMARY STATEMENT ON APPLICATION FOR EXPEDITED SERVICE AND/OR INTERIM RELIEF

(SUBMITTED BY MOVING PARTY)

Date: 05/15/2021

Case # 2021-01695

Title of Matter: Rahul Manchanda, Appellant

Douglas Senderoff, Respondent

Index/Indict/Docket # 

Appeal by Appellant from
- Order ☑
- Judgment ☐ of
- Decree ☐

- Supreme ☑
- Surrogate's ☐
- Family ☐

County New York

Court entered on 03/01, 20 21

Name of Judge Richard G. Latin

Notice of Appeal filed on 05/13, 20 21

If from administrative determination, state agency _____

Nature of action or proceeding: CIVIL TORTS

Provisions of:
- ☑ order
- ☐ judgment  appealed from _____
- ☐ decree

This application by
- appellant
- respondent

is for EMERGENCY NOTICE OF MOTION FOR STAY OF PROCEEDINGS AND TEMPORARY RESTRAINING ORDER PENDING THE CONSIDERATION OF THE APPEAL PER CPLR §§ 5518, 5519 and 2201

If applying for a stay, state reason why requested (a) likelihood of success on merits, (b) irreparable injury in absence of injunctive relief, and (c) balancing of the equities between the parties. Can't wait 6 weeks because Deposition on 5/28 & Post EBT Answers Due 3 Mos Ago

Has any undertaking been posted No _____ If "yes", state amount and type _____

Has application been made to court below for this relief No

If "yes", state Disposition _____

Has there been any prior application here in this court No

If "yes", state dates and nature _____

Has adversary been advised of this application Yes

Does he/she consent Unknown

Name _Rahul Manchanda, Esq._____

Address _Manchanda Law Office PLLC_____

_30 Wall Street, 8th Floor, Suite 8207_____

_New York, New York 10005_____

Tel. No. _(212) 968-8600_____

Appearing by _Microsoft/Zoom/Skype/Any_____

_____

_____

_____

_____

**Justin Mercer**_____

Lewis & Lin LLC_____

77 Sands Street, 6th Floor_____

Brooklyn, NY 11201_____

(718) 243-9323_____

_____

_____

_____

_____

_____

-----------------------------------------------------------------------------------------------------------------------------

**(Do not write below this line)**

DISPOSITION

_Interim stay denied pending determination by the full bench_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____  _June 29, 2021_____
     Justice         Date

Motion Date ___7/19/21_____ Opposition ___7/12/21____ Reply _____7/19/21_____

EXPEDITE _____ PHONE ATTORNEYS _____ DECISION BY _____

ALL PAPERS TO BE SERVED PERSONALLY.  RD
          _____
               Court Attorney

# SUMMARY STATEMENT ON APPLICATION FOR
# EXPEDITED SERVICE AND/OR INTERIM RELIEF

(SUBMITTED BY MOVING PARTY)

Date: 05/15/2021

Case # 2021-01695

Title of Matter **Rahul Manchanda, Appellant**

Index/Indict/Docket # _____

**Douglas Senderoff, Respondent**

Appeal by **Appellant** from

Order ☑
Judgment ☐ of
Decree ☐

Supreme ☑
Surrogate's ☐
Family ☐

County **New York**

Court entered on **03/01**, 20 **21**

Name of Judge **Richard G. Latin**

Notice of Appeal filed on **05/13**, 20 **21**

If from administrative determination, state agency _____

Nature of action or proceeding **CIVIL TORTS** _____

Provisions of
☑ order
☐ judgment appealed from _____
☐ decree
_____

This application by appellant / respondent is for **EMERGENCY NOTICE OF MOTION FOR STAY OF PROCEEDINGS AND TEMPORARY RESTRAINING ORDER PENDING THE CONSIDERATION OF THE APPEAL PER CPLR §§ 5518, 5519 and 2201**

If applying for a stay, state reason why requested **(a) likelihood of success on merits, (b) irreparable injury in absence of injunctive relief, and (c) balancing of the equities between the parties. Can't wait 6 weeks because Deposition on 5/28 & Post EBT Answers Due 3 Mos Ago**

Has any undertaking been posted **No** _____ If "yes", state amount and type _____

_____

Has application been made to court below for this relief **No** _____
If "yes", state Disposition _____

Has there been any prior application here in this court **No** _____
If "yes", state dates and nature _____

_____

Has adversary been advised of this application **Yes** _____
Does he/she consent **Unknown** _____

Name Rahul Manchanda, Esq.       **Justin Mercer**

Address Manchanda Law Office PLLC     Lewis & Lin LLC

30 Wall Street, 8th Floor, Suite 8207     77 Sands Street, 6th Floor

New York, New York 10005      Brooklyn, NY 11201

Tel. No. (212) 968-8600       (718) 243-9323

Appearing by Microsoft/Zoom/Skype/Any

_____

**(Do not write below this line)**

<u>DISPOSITION</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____  _____
Justice         Date

Motion Date _____ Opposition _____ Reply _____

EXPEDITE _____ PHONE ATTORNEYS _____ DECISION BY _____

ALL PAPERS TO BE SERVED PERSONALLY.  _____
                  Court Attorney

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION, FIRST DEPARTMENT
-----------------------------------X
                                 )
RAHUL MANCHANDA,                )
                                 )    INDEX NO 2021/01695
          APPELLANT,          )
     -V-                       )
                                 )EMERGENCY NOTICE OF MOTION FOR
                                 )STAY OF PROCEEDINGS AND TRO TO
                                 )STAY     ENFORCEMENT     PENDING
                                 )CONSIDERATION OF APPEAL PURSUANT
                                 )TO CPLR §§ 5518, 5519 and 2201
DOUGLAS SENDEROFF,           )
                                 )
          RESPONDENT.        )
                                 )
-----------------------------------X

        PLEASE TAKE NOTICE that upon the annexed affidavit of Rahul Manchanda dated May 15, 2021 and the exhibits annexed hereto, and upon all the pleadings and prior proceedings heretofore had herein, Appellant moves before New York County Supreme Court, Appellate Division, First Department, located at 27 Madison Avenue, New York, NY 10010 on May 17, 2021 at 10:00 AM, or as soon as counsel can be heard, for an Order granting an Emergency Stay of Proceedings and Temporary Restraining Order to Stay Enforcement Pending the Consideration of the Instant Appeal pursuant to Civil Practice Law and Rules §§ 5518, 5519 and 2201 and for such other and further relief as this Court may deem just, proper, and equitable.

**Dated:** New York, New York
       May 15, 2021

                            Respectfully submitted,

                            _____
                            Rahul Manchanda, Esq.
                            Manchanda Law Office PLLC
                            30 Wall Street, 8th Floor
                            New York, New York 10005
                            (212) 968-8600
                            Attorneys for Appellant

To:   Justin Mercer, 77 Sands Street, 6th Fl, Brooklyn, NY 11201

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION, FIRST DEPARTMENT
---------------------------------X
                                  )
RAHUL MANCHANDA,                  )
                                  )        INDEX NO 2021/01695
              APPELLANT,          )
       -V-                        )
                                  )        AFFIDAVIT IN SUPPORT
DOUGLAS SENDEROFF,                )
                                  )
              RESPONDENT.         )
                                  )
---------------------------------X

Appellant Rahul Manchanda, a resident of New York County, states the
following:

1.   This affidavit is submitted in support of Appellant's Motion for
     an Emergency Stay of Proceedings and Temporary Restraining Order
     to Stay Enforcement Pending the Consideration of the instant
     Appeal pursuant to CPLR §§ 5518, 5519 and 2201;

2.   This court should grant the instant motion because:

3.   In addition to an automatic stay of enforcement as per CPLR
     5519(a) and (b), subsection (c)authorizes the Court to use its
     discretion in granting a stay of enforcement by motion;

4.   CPLR 5519 authorizes a stay enforcement of the order being
     appealed, a stay under CPLR 5518 and 2201 stays the entire case
     with a preliminary injunction which may be granted in any action
     where it appears that the defendant threatens or is about to do,
     or is doing or procuring or suffering to be done, an act in
     violation of the appellant's rights respecting the subject of
     the action, and tending to render the judgment ineffectual, or
     in any action where the appellant has demanded and would be
     entitled to a judgment restraining the respondent from the
     commission or continuance of an act, which, if committed or
     continued during the pendency of the action, would produce
     injury to the appellant – a temporary restraining order may also
     be granted pending a hearing for a preliminary injunction where
     it appears that immediate and irreparable injury, loss or damage
     will result unless the respondent is restrained before the

hearing can be had, and the appellate division may grant, modify or limit a preliminary injunction or temporary restraining order pending an appeal or determination of a motion for permission to appeal, in any case specified in section 6301;

5.   The standard for obtaining a discretionary stay under CPLR 5519(c) consists of meeting three requirements: (a) the likelihood of success on the merits, (b) irreparable injury in the absence of injunctive relief, and (c) the balancing of the equities between the parties. See <u>Seitzman v. Hudson Riv. Assoc</u>. (1st Dept. 1987) 126 A.D.2d 211 513 NYS 2d 148, <u>Alexandru v. Pappas</u> (2nd Dept. 2009) 68 A.D.3d 690; 890 N.Y.S.2d 593.

6.   One of the few cases which does touch upon a CPLR 5519(c) motion is Matter of <u>Grisi v. Shainswit</u>, 119A.D.2d 418, 421 (1st Dept. 1986), which noted that stays are issued at the court's discretion, meaning that any application for a stay of enforcement under CPLR 5519(c), will be extremely fact specific in its arguments;

7.   The movant needs to recognize it is granted at the Court's discretion, and the best guidance for the layout of the argument is found in <u>Seitzman</u> and <u>Alexandru</u>'s three requirement test.

8.   And when the specific facts show that a stay of enforcement cannot wait until the motion is decided, a request for a T.R.O. can be made to stay enforcement pending the determination of the motion (Deposition is in less than 2 weeks, while Appellate motions for stay normally take 6 weeks to decide).

9.   As the previously submitted **Exhibits A** through **H** demonstrate, Respondent Douglas Senderoff and a whole host of now convicted criminals began an extortion racket in October 2018 against Appellant wherein they demanded $300,000 within 7 days otherwise they would take steps to irreparably harm the Appellant.

10.  In response, Appellant Rahul Manchanda sued the Respondent Douglas Senderoff and his cohorts in NYS Supreme Court in front

of Judge Barbara Jaffee in case index no 101501/2018.

11.  This is a formal complaint about the blatant racism, discrimination, complete and total abuse of civil rights, and malicious prosecution by New York Supreme Court Judge Richard Latin and Lucy Billings in NYS Supreme Court case docket no 152538/2019 entitled "Dr Douglas Senderoff v Rahul Manchanda Esq" wherein a bunch of hardcore, Zionist, extremist Jewish judges have illegally, unethically, and immorally manipulated, extended and prolonged this case, ***with no presented evidence against me***, to the point where all I am doing is spending tons of money, time, stress and years defending myself in a lawsuit and cause of action, which actually began with my lawsuit in October 2018 against Senderoff in NYS Supreme Court docket no 101501/2018 in front of NYS Supreme Court Judge Barbara Jaffee, which was removed by Senderoff and his co-defendants to federal court in SDNY case docket no 1:18-CV-11092-PGG in front of Judge Paul Gardephe.

12.  This is all because of my vocal and written in 3 books and 20 online journals supporting Palestinian rights, being against war with Iran and other Middle Eastern countries after my travels there beginning in 2006.

13.  Because of this constant stress on me, my family, and my law firm business, I had a heart attack in August 2019 and am also now suffering from clinical anxiety being forced to take 8 medical pills per day in order to avoid another heart attack.

14.  The claims/causes of action/issues are exactly the same as the ones that I brought in October 2018, but Senderoff simply did not appear for my lawsuit in almost 1 year, with me filing tons of motions to compel his appearance, compel his answer, compel his attending of hearings, requesting sanctions and costs and contempt motions, all of which were roundly and soundly denied, usually without any written or reasoned decision, by Senderoff's fellow hardcore extremist Zionist Jewish judge/cronies, now Richard Latin, and previously Lucy Billings, by Barbara Jaffee,

and then by Paul Gardephe, the latter of which also used his position to publicly flog, humiliate, embarrass, threaten and abuse me in his obscenely late and criminally threatening written decision when I complained about all of these issues of malicious prosecution.

15. This case saga has been going on now, since October 2018, starting out with Senderoff and his cadre of criminals extorting and threatening me that I must pay $300,000 in 7 days otherwise they would release voice recordings of me arguing with an ex girlfriend who I had to file an Order of Protection against, and then have arrested for violating this Order of Protection, Nicole Matties.

16. Furthermore my original lawsuit contained hard evidence and documentary/technical proof that Dr Douglas Senderoff and his cadre of criminals hacked into my law firm IT, laptops, computers, client files, voicemails, emails, wireless networks etc from 2017 to 2019, in their desperate criminal attempts to obtain even more blackmail material with which to extort me with.

17. Please immediately and urgently intervene here, as this abuse must end now.

18. I have previously reported to your agency that Dr Douglas Senderoff, using a former girlfriend of mine, Nicole Matties and her "pimp" Nicola Shapiro and "Joe Hendrix," possibly at the behest and cooperation of my ex-wife Sharie O'Buck and her husband Matt O'Buck working with another former girlfriend Kate Bose, surreptitiously tape recorded me without my knowledge or permission and then tried to continue to extort me for money ($300,000 demanded in 7 days otherwise they would release that information to the public).

19. Douglas Senderoff admitted in his depositions that he paid/used a whole team of IT forensic experts, hackers, private investigators, and SEO people to surveillance, trespass, enter, hack, break into, copy, target, hijack, steal from, penetrate,

and infiltrate my law firm voicemails, emails, websites, wireless networks, client files, payment processors, and other law firm IT infrastructure to obtain this illegal information and data to use against me for extortion purposes.

20. I had previously complained to law enforcement and the attorney disciplinary committees about his lawyers who were forced to withdraw/resign from this extortion plot presumably by the Bar Association and federal/state/local law enforcement, but now it appears that Douglas Senderoff's previous lawyers Aaron Minc, Daniel Powell, and Roger Blank have been replaced by lawyer Justin Mercer of Lewis & Lin LLC to continue on with the extortion and placing me and my family and law firm staff and clients in this fear/extortion scheme, and are continuing to use the courts to accomplish this.

21. Keep in mind that I was forced to obtain a restraining order against Nicole Matties and have her arrested because she would not leave my apartment for months, violently abusing and threatening me the entire time, all the while extorting and extracting money from me for her and her pimp Nicola Shapiro, while being supervised and directed and "run" by Joe Hendrix who lived in my residential building at the time at 150 West 51st Street, New York NY 10019, this man who also manipulated and took $20,000 from me for an illegal "Initial Coin Offering" ("ICO") on behalf of the BlockChainOfThings company, run by his friend Andre DeCastro, who then stole and converted this money, and did not pay either me my money refund or my dividend winnings after they raised nearly $14 million dollars a year later.

22. The SEC later investigated, prosecuted and convicted BlockChainOfThings based on my tips to them, and to the NYC FBI Field Office and the NYS Attorney General.

23. Now Justin Mercer and his law firm of Lewis & Lin LLC are continuing on with the extortion by also insinuating/threatening to release this ill-gotten and possibly tampered with voice recordings, client/computer/law firm data and information.

24. Please urgently investigate and advise.

25. Based on conversations that I have had with my attorney Robert Androsiglio, upon information and belief I believe that Dr Douglas Senderoff and his lawyer Justin Mercer of Lewis & Lin LLC in case Douglas Senderoff MD v. Rahul Manchanda Esq., in New York Supreme Court Index #: 152538/2019, have not only refused to answer/respond to Post-EBT Questions asking for any and all texts, emails, voicemails, phone call records, and other written correspondence by and between Dr Douglas Senderoff and one Nicole Matties, Nicola Shapiro, Matthew O'Buck, Sharie O'Buck, Andrea De Castro, Joe Hendrix, Kate Bose, and others, but have criminally destroyed that evidence and/or instructed those parties to also do the same.

26. This tends to defeat/undermine to prove my assertions and allegations that these people have jointly, in a criminal fashion, conspired and worked together to jointly commit criminal acts against me, my law firm business, my children, and my family.

27. His Lawyer, Justin Mercer of Lewis & Lin LLC is located at 81 Prospect St Suite 8001, Brooklyn, NY 11201, telephone number (718) 243-9323 has in my firm belief and opinion counseled, aided, abetted, and actively possibly destroyed this evidence.

28. Please pull this data, preserve it, investigate, and advise.

**WHEREFORE,** it is respectfully requested that this Court (a) grant Appellant's Emergency Motion to Stay the lower court's proceedings and grant Appellant's Emergency Motion for a TRO to Stay Enforcement Pending the Consideration of this Appeal; (b) ultimately dismiss this lawsuit in its entirety, (c) award attorneys fees and costs to Appellant, (d) grant an Order barring Respondent from filing another frivolous lawsuit in this Court or any other Court, (e) and such other further relief as this Honorable Court deems fair and equitable under the circumstances.

**Dated:** May 15, 2021
New York, New York

*Rahul O. M...* (signature)
Rahul Manchanda, Esq.
30 Wall Street, 8th Floor
New York, New York 10005

| | |
|---|---|
| STATE OF NEW YORK ) | ss.: 01TR6354312 |
| COUNTY OF New York ) | |

On this __15th__ day of __May__, 202_1_, before me personally came _____ to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

*Olga Tretiakova* (signature)
_____
Public                                                                 Notary

Olga Tretiakova
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TR6354312
Qualified in New York County
Commission Expires  February, 6th 2025

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| DOUGLAS SENDEROFF, MD,<br><br>*Plaintiff,*<br><br>v.<br><br>RAHUL MANCHANDA, ESQ.,<br><br>*Defendant.* | Index No.: 152538/2019<br><br>**NOTICE OF ENTRY**<br><br>**Mot. Seq. No. 004** |

      **PLEASE TAKE NOTICE**, that the within is a true copy of an ORDER of the Honorable

Richard G. Latin, duly entered in the office of the Clerk of the Court on March 1, 2021.

Dated: March 2, 2021
      Brooklyn, New York

                LEWIS & LIN, LLC

                By: */s/ Justin Mercer*

                David D. Lin, Esq.
                Justin Mercer, Esq.
                81 Prospect Street, Suite 8001
                Brooklyn, NY 11201
                Tel: (718) 243-9323
                Fax: (718) 243-9326
                Email: david@iLawco.com
                          justin@iLawco.com

                *Counsel for Plaintiff*

TO:
MONARCH LAW GROUP
ROBERT G. ANDROSIGLIO, ESQ.
30 Wall Street – 8th Floor
New York, New York 10005-2205
Email: randrosiglio@rallplaw.com

*Counsel for Defendant*

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| PRESENT: | **HON. RICHARD G. LATIN** | PART | **IAS MOTION 46** |

*Justice*

-------------------------------------------------------------------X

DOUGLAS SENDEROFF,

INDEX NO.          152538/2019

Plaintiff,

MOTION DATE       02/11/2021

- v -

MOTION SEQ. NO.       004

RAHUL MANCHANDA,

**DECISION + ORDER ON MOTION**

Defendant.

-------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 004) 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 82, 83, 84, 85, 86

were read on this motion to/for          STRIKE PLEADINGS                    .

Upon the foregoing documents, and after conference, it is ordered that plaintiff's motion, pursuant to CPLR 3126(1), (2), (3) and 3124, is granted to the extent that defendant shall be precluded unless within 30 days of the date of service of a copy of this order with notice of entry, the defendant complies with prior court orders dated August 8, 2019, December 12, 2019 and February 13, 2020; and it is further

ORDERED that, although defendant responded on March 16, 2020 to plaintiff's request for the production of documents dated September 27, 2019 and interrogatories dated October 7, 2019, defendant is ordered to provide full and complete responses to plaintiff's document requests and interrogatories, provide plaintiff with a witness list, or if none, provide an affirmation to that effect, within 30 days of the date of service of a copy of this order with notice of entry, otherwise defendant is precluded from offering witness testimony at the time of trial; it is further

ORDERED that, plaintiff appear for his examination before trial on or before **May 24, 2021**; and it is further

ORDERED that, defendant appear for his examination before trial on or before **May 28, 2021,** otherwise defendant is precluded from testifying at the time of trial.

ORDERED that, plaintiff's motion for costs is granted pursuant to CPLR 8106 to reimburse plaintiff for actual expenses reasonably incurred in relation to this motion in the total amount of $100.00; and it is further

ORDERED that, payment of this cost shall be delivered to counsel for plaintiff and written proof of such payment shall be provided to the Clerk of Part 46 within 30 days after service of a copy of this order with notice of entry; and it is further

152538/2019  SENDEROFF, MD, DOUGLAS vs. MANCHANDA, ESQ., RAHUL          Page 1 of 2
Motion No.  004

1 of 2

ORDERED that, in the event that timely payment is not made, the Clerk of the Court, upon service upon him of a copy of this order with notice of entry and an affirmation or affidavit reciting the fact of such non-payment, shall enter a judgment in favor of the plaintiff and against said counsel in the aforesaid sum; and it is further

ORDERED that, proof of payment shall be provided to the Clerk of the Part and service upon the Clerk of the Court shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website at the address www.nycourts.gov/supctmanh).]

Plaintiff shall serve a copy of this order with notice of entry on the defendant within 30 days of the entry of this order.

The motion is denied in all other respects, this constitutes the decision and order of the court.

| 2/26/2021 | | RICHARD G. LATIN, J.S.C. |
|---|---|---|
| **DATE** | | **Index No. 152538/19** |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED   ☐ DENIED | ☒ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

152538/2019   SENDEROFF, MD, DOUGLAS vs. MANCHANDA, ESQ., RAHUL    Page 2 of 2
Motion No.  004

2 of 2

# EXHIBIT B



# NEW YORK STATE UNIFIED COURT SYSTEM
## OFFICE *of the* INSPECTOR GENERAL

### CLAIM OF DISCRIMINATORY TREATMENT

**Please complete this form to file a complaint with the Inspector General's Office.** Any individuals contacted by the Office of the Inspector General will be asked not to disclose the facts or contents of your claim unless disclosure is necessary.

## Your Information:

| | |
|---|---|
| **Name** RAHUL MANCHANDA | **How Would You Like To Be Addressed? (Ms., Mr. or Other)** MR |
| **Title** LAW FIRM OWNER | **Work Location** 30 WALL STREET, 8TH FLOOR, SUITE 8207 |

| City | State | ZIP |
|---|---|---|
| NEW YORK | NEW YORK | 10005 |

**Home Address**
1 COLUMBUS PLACE, APT S47C

| City | State | ZIP |
|---|---|---|
| NEW YORK | NEW YORK | 10019 |

| Home Phone | Cell Phone | Work Phone | E-mail |
|---|---|---|---|
| | 6466450993 | 2129688600 | INFO@MANCHANDA-LAW.COM |

## Information About Complaint:

Following receipt of your claim, you will be advised of the name and telephone number of the staff member responsible for investigating your claim. You also will be informed if the office needs further information or if there is a reason why the office cannot proceed with the investigation. You may file complaint anonymously.

**1. I believe that I have been treated in a discriminatory manner based on my:**

- ☑ Race
- ☐ Sexual Orientation
- ☐ Marital Status
- ☐ Disability
- ☐ Age
- ☐ Color
- ☐ Domestic Violence Status
- ☑ National Origin
- ☑ Religion
- ☐ Creed
- ☐ Sex (including Sexual Harassment)
- ☐ Gender Identity or Expression
- ☑ Other (please specify): POLITICAL OPINIONS AS A WELL KNOWN AUTHOR - SEE ATTACHED STATEMENT

**2. I believe that the act or treatment described below is discriminatory:**
SEE ATTACHED WRITTEN STATEMENT

**3. I believe that the following individual(s) has (have) acted in a discriminatory manner:**
SEE ATTACHED WRITTEN STATEMENT

**4. Date of act or treatment (or indicate if ongoing):** ONGOING SINCE OCTOBER 2018        ☑ Ongoing

**5. Witnesses (include names, work locations and telephone numbers):**
THE WORLD

I authorize the New York State Unified Court System's Office of the Inspector General to use my name in investigating this claim.

Signature _____

Date 05/01/2021

Please attach any additional information you may have about the claim and mail, fax or email this form or a copy to:

**Office of the Inspector General**
**Office of Court Administration**
**Attn: Managing Inspector General for Bias Matters**
**25 Beaver Street**
**New York, NY 10004**
**Phone: 646-386-3507 or Fax: 212-514-7158**
**E-Mail:** migbm@nycourts.gov

Hello:

This is a formal complaint about the blatant racism, discrimination, complete and total abuse of civil rights, and malicious prosecution by New York Supreme Court Judge Richard Latin and Lucy Billings in NYS Supreme Court case docket no 152538/2019 entitled "Dr Douglas Senderoff v Rahul Manchanda Esq" wherein a bunch of hardcore, Zionist, extremist Jewish judges have illegally, unethically, and immorally manipulated, extended and prolonged this case, with no presented evidence against me, to the point where all I am doing is spending tons of money, time, stress and years defending myself in a lawsuit and cause of action, which actually began with my lawsuit in October 2018 against Senderoff in NYS Supreme Court docket no 101501/2018 in front of NYS Supreme Court Judge Barbara Jaffee, which was removed by Senderoff and his co-defendants to federal court in SDNY case docket no 1:18-CV-11092-PGG in front of Judge Paul Gardephe.

This is all because of my vocal and written in 3 books and 20 online journals of supporting Palestinian rights, and being against war with Iran and other Middle Eastern countries after my travels there beginning in 2006.

Because of this constant stress on me, my family, and my law firm business, I had a heart attack in August 2019 and am also now suffering from clinical anxiety being forced to take 8 medical pills per day in order to avoid another heart attack.

The claims/causes of action/issues are exactly the same as the one that I brought in October 2018, but Senderoff simply did not appear for my lawsuit in almost 1 year, with me filing tons of motions to compel his appearance, compel his answer, compel his attending of hearings, requesting sanctions and costs and contempt motions, all of which were roundly and soundly denied, usually without any written or reasoned decision, by Senderoff's fellow hardcore extremist Zionist Jewish judge/cronies, now Richard Latin, and previously Lucy Billings, by Barbara Jaffee, and then by Paul Gardephe, the latter of which also used his position to publicly flog, humiliate, embarrass, threaten and abuse me in his obscenely late and criminally threatening written decision when I complained about all of these issues of malicious prosecution.

This case saga has been going on now, since October 2018, starting out with Senderoff and his cadre of criminals extorting and threatening me that I must pay $300,000 in 7 days otherwise they would release voice recordings of me arguing with an ex girlfriend who I had to file an Order of Protection against, and then have arrested for violating this Order of Protection, Nicole Matties.

Furthermore my original lawsuit contained hard evidence and

documentary/technical proof that Dr Douglas Senderoff and his cadre of criminals hacked into my law firm IT, laptops, computers, client files, voicemails, emails, wireless networks etc from 2017 to 2019, in their desperate criminal attempts to obtain even more blackmail material with which to extort me with.

Please immediately and urgently intervene here, as this abuse must end now.

# EXHIBIT C

-   You are kindly requested to submit your complaint in writing in one of the six official UN languages (Arabic, Chinese, English, French, Russian and Spanish) and to use these languages in any future correspondence;
-   Anonymous complaints are not admissible;
-   It is recommended that your complaint does not exceed eight pages, excluding enclosures.
-   You are kindly requested not to use abusive or insulting language.

## I. Information concerning the author (s) of the communication or the alleged victim (s) if other than the author

Individual ☒     Group of individuals ☐     NGO ☐     Other ☐

Last name: ......... MANCHANDA
First name(s): ............. RAHUL
Nationality: ......... INDIAN-AMERICAN, U.S. CITIZEN
Address for correspondence on this complaint: ........... 30 WALL ST 8TH FL, NEW YORK NY 10005
Tel and fax: (please indicate country and area code) .......... (212) 968-8600/8601
E-mail: .......... INFO@MANCHANDA-LAW.COM
Website: .......... www.manchanda-law.com

Submitting the complaint:

On the author's own behalf: ☒
On behalf of other persons: ☐ (Please specify: ...................)

## II. Information on the State concerned

Name of the State concerned and, as applicable, name of public authorities responsible for the alleged violation(s): .............. NEW YORK, NY, USA, FEDERAL SDNY JUDGE PAUL GARDEPHE, NYS SUPREME COURT JUDGES BARBARA JAFFEE, LUCY BILLINGS & RICHARD LATIN - JUDICICORRUPTION

## III. Facts of the complaint and nature of the alleged violation(s)

**The complaint procedure addresses consistent patterns of gross and reliably attested violations of all human rights and all fundamental freedoms occurring in any part of the world and under any circumstances.**

1

Please detail, in chronological order, the facts and circumstances of the alleged violations including dates, places and alleged perpetrators and how you consider that the facts and circumstances described violate your rights or that of the concerned person(s).
…….…………………………………………………………………………………...

　　See attached full statement.
………………………………………………………………………………………

………………………………………………………………………………………..

………………………………………………………………………………………..

………………………………………………………………………………………..

………………………………………………………………………………………..

## IV. Exhaustion of domestic remedies

1- Steps taken by or on behalf of the alleged victim(s) to exhaust domestic remedies– please provide details on the procedures which have been pursued, including recourse to the courts and other public authorities as well as national human rights institutions[*], the claims made, at which times, and what the outcome was:

……………….. I have gone as high as I can go, to multiple complaints to NYS State Commission on Judicial Conduct, 2nd Circuit Court of Appeals, even House & Senate Judiciary Cmte

2- If domestic remedies have not been exhausted on grounds that their application would be ineffective or unreasonably prolonged, please explain the reasons in detail:

………………………… Oh they most certainly have been exhausted, and then some.

## V. Submission of communication to other human rights bodies

1- Have you already submitted the same matter to a special procedure, a treaty body or other United Nations or similar regional complaint procedures in the field of human rights?

…………… No

2- If so, detail which procedure has been, or is being pursued, which claims have been made, at which times, and the current status of the complaint before this body:

　　　　　　　　　　NA
…………………………

---

[*] National human rights institutions, established and operating under the Principles Relating to the Status of National Institutions (the Paris Principles), in particular in regard to quasi-judicial competence, may serve as effective means of addressing individual human rights violations.

This is a formal complaint about the blatant racism, discrimination, complete and total abuse of civil rights, and malicious prosecution by New York Supreme Court Judge Richard Latin and Lucy Billings in NYS Supreme Court case docket no 152538/2019 entitled "Dr Douglas Senderoff v Rahul Manchanda Esq" wherein a bunch of hardcore, Zionist, extremist Jewish judges have illegally, unethically, and immorally manipulated, extended and prolonged this case, with no presented evidence against me, to the point where all I am doing is spending tons of money, time, stress and years defending myself in a lawsuit and cause of action, which actually began with my lawsuit in October 2018 against Senderoff in NYS Supreme Court docket no 101501/2018 in front of NYS Supreme Court Judge Barbara Jaffee, which was removed by Senderoff and his co-defendants to federal court in SDNY case docket no 1:18-CV-11092-PGG in front of Judge Paul Gardephe.

This is all because of my vocal and written in 3 books and 20 online journals of supporting Palestinian rights, and being against war with Iran and other Middle Eastern countries after my travels there beginning in 2006.

Because of this constant stress on me, my family, and my law firm business, I had a heart attach in August 2019 and am also now suffering from clinical anxiety being forced to take 8 medical pills per day in order to avoid another heart attack.

The claims/causes of action/issues are exactly the same as the one that I brought in October 2018, but Senderoff simply did not appear for my lawsuit in almost 1 year, with me filing tons of motions to compel his appearance, compel his answer, compel his attending of hearings, requesting sanctions and costs and contempt motions, all of which were roundly and soundly denied, usually without any written or reasoned decision, by Senderoff's fellow hardcore extremist Zionist Jewish judge/cronies, now Richard Latin, and previously Lucy Billings, by Barbara Jaffee, and then by Paul Gardephe, the latter of which also used his position to publicly flog, humiliate, embarrass, threaten and abuse me in his obscenely late and criminally threatening written decision when I complained about all of these issues of malicious prosecution.

This case saga has been going on now, since October 2018, starting out with Senderoff and his cadre of criminals extorting and threatening me that I must pay $300,000 in 7 days otherwise they would release voice recordings of me arguing with an ex girlfriend who I had to file an Order of Protection against, and then have arrested for violating this Order of Protection, Nicole Matties.

Furthermore my original lawsuit contained hard evidence and documentary/technical proof that Dr Douglas Senderoff and his cadre of criminals hacked into my law firm IT, laptops, computers, client

files, voicemails, emails, wireless networks etc from 2017 to 2019, in their desperate criminal attempts to obtain even more blackmail material with which to extort me with.

Please immediately and urgently intervene here, as this abuse must end now.

In case the communication complies with the admissibility criteria set forth in Council resolution 5/1, kindly note that it will be transmitted to the State concerned so as to obtain the views of the latter on the allegations of violations.

Please state whether you would like your identity or any specific information contained in the complaint to be kept confidential.

Request for confidentiality (*Please tick as appropriate*):     Yes ☐          No ☒

Please indicate which information you would like to be kept confidential

Date: 04/30/2021
...................          Signature: ........................

N.B. The blanks under the various sections of this form indicate where your responses are required. You should take as much space as you need to set out your responses. Your complaint should not exceed eights pages.

Please provide copies (not original) of supporting documents (kindly note that these documents will not be returned) in one of the six UN official languages.

- Decisions of domestic courts and authorities on the claim made (a copy of the relevant national legislation is also helpful): ☒

- Complaints sent to any other procedure mentioned in section **V** (and any decisions taken under that procedure): ☒

- Any other evidence or supporting documents deemed necessary: ☒

Office of the United Nations High Commissioner for Human Rights
Human Rights Council Branch-Complaint Procedure Unit
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland
Fax: (+41 22) 917 90 11
E-mail: CP@ohchr.org
Website: http://www.ohchr.org/EN/HRBodies/HRC/Pages/HRCIndex.aspx

# EXHIBIT D

## ATTORNEY GRIEVANCE COMMITTEE
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 04/29/2021

Your Full Name: (Mr. Ms. Mrs.) Mr Rahul Manchanda

Address: 30 Wall Street, 8th Floor, Suite 8207

City: New York State: NY Zip Code: 10005

Cell Phone: 6466450993 Business/Home Phone: 2129688600

Email Address: info@manchanda-law.com

Are you represented by a lawyer regarding this complaint? Yes ✔ No ☐ If Yes:

Lawyer's Name: Robert Androsiglio

Address: 30 Wall Street, 8th Floor

City: New York State: New York Zip Code: 10005

Business Phone: 2129688600 Cell Phone: 6466450993

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) Justin Mercer

Address: 77 Sands Street, 6th Floor

City: Brooklyn State: NY Zip Code: 11201

Business Phone: (718) 243-9323 Cell Phone:

Email Address: info@iLawco.com

Date(s) of Representation/Incident: 04/29/2021

Have you filed a civil or criminal complaint against this attorney? Yes ☐ No ☐ If Yes:

If yes, name of case (if applicable): _____

Name of Court: _____

Index Number of Case (if known): _____

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ☐

If yes, name of agency: _____

Action taken by agency, if any: _____


**Details of Complaint**

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

This is a formal complaint against Attorney Justin Mercer and his role in the blatant racism, discrimination, complete and total abuse of civil rights, and malicious prosecution by New York Supreme Court Judge Richard Latin and Lucy Billings in NYS Supreme Court case docket no 152538/2019 entitled "Dr Douglas Senderoff v Rahul Manchanda Esq" wherein a bunch of hardcore, Zionist, extremist Jewish judges have illegally, unethically, and immorally manipulated, extended and prolonged this case, with no presented evidence against me, to the point where all I am doing is spending tons of money, time, stress and years defending myself in a lawsuit and cause of action, which actually began with my lawsuit in October 2018 against Senderoff in NYS Supreme Court docket no 101501/2018 in front of NYS Supreme Court Judge Barbara Jaffee, which was removed by Senderoff and his co-defendants to federal court in SDNY case docket no 1:18-CV-11092-PGG in front of Judge Paul Gardephe.

This is all because of my vocal and written in 3 books and 20 online journals of supporting Palestinian rights, and being against war with Iran and other Middle Eastern countries after my travels there beginning in 2006.

Because of this constant stress on me, my family, and my law firm business, I had a heart attach in August 2019 and am also now suffering from clinical anxiety being forced to take 8 medical pills per day in order to avoid another heart attack. (CONTINUED)

Complainant's Signature (Required): _____

Hello:

This is a formal complaint about the blatant racism, discrimination, complete and total abuse of civil rights, and malicious prosecution by New York Supreme Court Judge Richard Latin and Lucy Billings in NYS Supreme Court case docket no 152538/2019 entitled "Dr Douglas Senderoff v Rahul Manchanda Esq" wherein a bunch of hardcore, Zionist, extremist Jewish judges have illegally, unethically, and immorally manipulated, extended and prolonged this case, with no presented evidence against me, to the point where all I am doing is spending tons of money, time, stress and years defending myself in a lawsuit and cause of action, which actually began with my lawsuit in October 2018 against Senderoff in NYS Supreme Court docket no 101501/2018 in front of NYS Supreme Court Judge Barbara Jaffee, which was removed by Senderoff and his co-defendants to federal court in SDNY case docket no 1:18-CV-11092-PGG in front of Judge Paul Gardephe.

This is all because of my vocal and written in 3 books and 20 online journals of supporting Palestinian rights, and being against war with Iran and other Middle Eastern countries after my travels there beginning in 2006.

Because of this constant stress on me, my family, and my law firm business, I had a heart attach in August 2019 and am also now suffering from clinical anxiety being forced to take 8 medical pills per day in order to avoid another heart attack.

The claims/causes of action/issues are exactly the same as the one that I brought in October 2018, but Senderoff simply did not appear for my lawsuit in almost 1 year, with me filing tons of motions to compel his appearance, compel his answer, compel his attending of hearings, requesting sanctions and costs and contempt motions, all of which were roundly and soundly denied, usually without any written or reasoned decision, by Senderoff's fellow hardcore extremist Zionist Jewish judge/cronies, now Richard Latin, and previously Lucy Billings, by Barbara Jaffee, and then by Paul Gardephe, the latter of which also used his position to publicly flog, humiliate, embarrass, threaten and abuse me in his obscenely late and criminally threatening written decision when I complained about all of these issues of malicious prosecution.

This case saga has been going on now, since October 2018, starting out with Senderoff and his cadre of criminals extorting and threatening me that I must pay $300,000 in 7 days otherwise they would release voice recordings of me arguing with an ex girlfriend who I had to file an Order of Protection against, and then have arrested for violating this Order of Protection, Nicole Matties.

Furthermore my original lawsuit contained hard evidence and

documentary/technical proof that Dr Douglas Senderoff and his cadre of criminals hacked into my law firm IT, laptops, computers, client files, voicemails, emails, wireless networks etc from 2017 to 2019, in their desperate criminal attempts to obtain even more blackmail material with which to extort me with.

Please immediately and urgently intervene here, as this abuse must end now.

# EXHIBIT E

**Subject:** Fwd: BLATANT RACISM, DISCRIMINATION AND BIAS BY EXTREME ZIONIST JEWISH NYC JUDGES AGAINST SUPPORTERS OF PALESTINIAN RIGHTS, AGAINST WAR WITH IRAN AND OTHER MIDDLE EASTERN COUNTRIES
**From:** MANCHANDA LAW OFFICE PLLC <INFO@MANCHANDA-LAW.COM>
**Date:** 5/1/2021, 6:10 PM
**To:** 12022255638@efaxsend.com, 12022280526@efaxsend.com, 12022243808@efaxsend.com, southeast_texas@cruz.senate.gov, 12022280566@efaxsend.com, 17123227196@efaxsend.com, 12022246020@efaxsend.com
**CC:** Robert Androsiglio <rob@monarchlawgroup.com>, Dominic Sarna <sarnaesq@aol.com>, "jfazzio@fazziolaw.com" <jfazzio@fazziolaw.com>, "john.fazzio@gmail.com" <john.fazzio@gmail.com>, "cgibbons@fazziolaw.com" <cgibbons@fazziolaw.com>, "adembia@fazziolaw.com" <adembia@fazziolaw.com>, "jboulton@fazziolaw.com" <jboulton@fazziolaw.com>, "kprotocollo@fazziolaw.com" <kprotocollo@fazziolaw.com>, "zhaghi@fazziolaw.com" <zhaghi@fazziolaw.com>
**BCC:** INFO@MANCHANDA-LAW.COM, Sylwia Manchanda <syllviem@gmail.com>

*Senate Judiciary Committee*
*224 Dirksen Federal Building*
*Washington DC 20510*

*House Judiciary Committee*
*2138 Rayburn House Office Building*
*Washington DC 20515*

**RE:    BLATANT RACISM, DISCRIMINATION AND BIAS BY EXTREME ZIONIST JEWISH NYC JUDGES AGAINST SUPPORTERS OF PALESTINIAN RIGHTS, AGAINST WAR WITH IRAN AND OTHER MIDDLE EASTERN COUNTRIES**

This is a formal complaint about the blatant racism, discrimination, complete and total abuse of civil rights, and malicious prosecution by New York Supreme Court Judge Richard Latin and Lucy Billings in NYS Supreme Court case docket no 152538/2019 entitled "Dr Douglas Senderoff v Rahul Manchanda Esq" wherein a bunch of hardcore, Zionist, extremist Jewish judges have illegally, unethically, and immorally manipulated, extended and prolonged this case, with no presented evidence against me, to the point where all I am doing is spending tons of money, time, stress and years defending myself in a lawsuit and cause of action, which actually began with my lawsuit in October 2018 against Senderoff in NYS Supreme Court docket no 101501/2018 in front of NYS Supreme Court Judge Barbara Jaffee, which was removed by Senderoff and his co-defendants to federal court in SDNY case docket no 1:18-CV-11092-PGG in front of Judge Paul Gardephe.

This is all because of my vocal and written in 3 books and 20 online journals of supporting Palestinian rights, and being against war with Iran and other Middle Eastern countries after my travels there beginning in 2006.

Because of this constant stress on me, my family, and my law firm business, I had a heart attack in August 2019 and am also now suffering from clinical anxiety being forced to take 8 medical pills per day in order to avoid another heart attack.

The claims/causes of action/issues are exactly the same as the one that I brought in October 2018, but Senderoff simply did not appear for my lawsuit in almost 1 year, with me filing tons of motions to compel his appearance, compel his answer, compel his attending of hearings, requesting sanctions and costs and contempt motions, all of which were roundly and soundly denied, usually without any written or reasoned decision, by Senderoff's fellow hardcore extremist Zionist Jewish judge/cronies, now Richard Latin, and previously Lucy Billings, by Barbara Jaffee, and then by Paul Gardephe, the latter of which also used his position to publicly flog, humiliate, embarrass, threaten and abuse me in his obscenely late and criminally threatening written decision when I complained about all of these issues of malicious prosecution.

This case saga has been going on now, since October 2018, starting out with Senderoff and his cadre of criminals extorting and threatening me that I must pay $300,000 in 7 days otherwise they would release voice recordings of me arguing with an ex girlfriend who I had to file an Order of Protection against, and then have arrested for violating this Order of Protection, Nicole Matties.

Furthermore my original lawsuit contained hard evidence and documentary/technical proof that Dr Douglas Senderoff and his cadre of criminals hacked into my law firm IT, laptops, computers, client files, voicemails, emails, wireless networks etc from 2017 to 2019, in their desperate criminal attempts to obtain even more blackmail material with which to extort me with.

Please immediately and urgently intervene here, as this abuse must end now.

cc: Of Counsel Robert Androsiglio, Dominic Sarna, John Fazzio

Kind regards,

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Martindale Hubbell Client Champion Silver 2017 Award Winner, 2020 Gold Award Winner, 2020 Pla

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged infor

Make An Online Legal Fee Payment At https://manchanda-law.com/contact-us/

-------- Forwarded Message --------

**Subject:** BLATANT RACISM, DISCRIMINATION AND BIAS BY EXTREME ZIONIST JEWISH NYC JUDGES AGAINST SUPPORTERS OF PALESTINIAN RIGHTS, AGAINST WAR WITH IRAN AND OTHER MIDDLE EASTERN COUNTRIES

**Date:** Sat, 1 May 2021 13:28:14 -0400

**From:** MANCHANDA LAW OFFICE PLLC <INFO@MANCHANDA-LAW.COM>

**Reply-To:** INFO@MANCHANDA-LAW.COM

**Organization:** MANCHANDA LAW OFFICE PLLC

**To:** 12022251909@efaxsend.com, us@ocasiocortez.com, 12022250072@efaxsend.com, rashida@mail.house.gov, 12022254886@efaxsend.com, info@ilhanomar.com

```
Congresswoman Rashida Tlaib
1628 Longworth HOB
Washington DC 20515

Congresswoman Ilhan Omar
1730 Longworth House Office Building
Washington, DC 20515-2305

Congresswoman Alexandria Ocasio-Cortez
```
216 Cannon House Office Building
Washington, DC, 20515-3214

**RE: BLATANT RACISM/DISCRIMINATION/BIAS BY EXTREME ZIONIST JEWISH NYC JU**

Hello:

This is a formal complaint about the blatant racism, discrimination, co

This is all because of my vocal and written in 3 books and 20 online jo

Because of this constant stress on me, my family, and my law firm busin

The claims/causes of action/issues are exactly the same as the one that

This case saga has been going on now, since October 2018, starting out

Furthermore my original lawsuit contained hard evidence and documentary

Please immediately and urgently intervene here, as this abuse must end

-- Kind regards, Rahul D. Manchanda, Esq. Manchanda Law Office PLLC 30 Wall Street, 8th Floor Suite 8207 New York, NY 10005 Tel: (212) 968-8600 Mob: (646) 645-0993 Fax: (212) 968-8601 Toll Free 24 Hour Hotline: (855) 207-7660 e-mail: rdm@manchanda-law.com web: https://manchanda-law.com/attorney-profiles/ Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013. Martindale Hubbell Client Champion Silver 2017 Award Winner, 2020 Gold Award Winner, 2020 Platinum Award Winner. Better Business Bureau Accredited Business A+ Rating. Association of American Trial Lawyers Top 100 In New York State. U.S. News and World Report Listed Lawyer. Licensed New York State Real Estate Broker. CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/ This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address. Make An Online Legal Fee Payment At https://manchanda-law.com/contact-us/

---

Attachments:

| | |
|---|---|
| NEW YORK OFFICE OF COURT ADMINISTRATION OFFICE OF INSPECTOR GENERAL BIAS AND DISCRIMINATION COMPLAINT.pdf | 1.4 MB |
| UNITED NATIONS HUMAN RIGHTS COMMISSION COMPLAINT AGAINST OUT OF CONTROL JEWISH EXTREMIST JUDGES TARGETING PEOPLE FOR POLITICAL REASONS.pdf | 2.2 MB |
| HRCComplaintProcedureForm.pdf | 529 KB |
| ATTORNEY DISCIPLINARY COMPLAINT AGAINST ATTORNEY JUSTIN MERCER OF LEWIS & LIN LLC.pdf | 1.6 MB |
| 152538_2019_Douglas_Senderoff_MD_v_Rahul_Manchanda_Esq__DECISION___ORDER_ON_111.pdf | 219 KB |

# EXHIBIT F

**ATTORNEY GRIEVANCE COMMITTEE**
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 04/13/2021

Your Full Name: (Mr. Ms. Mrs.) Mr Rahul Manchanda

Address: 30 Wall Street, 8th Floor, Suite 8207

City: New York        State: NY        Zip Code: 10005

Cell Phone: 6466450993        Business/Home Phone: 2129688600

Email Address: info@manchanda-law.com

Are you represented by a lawyer regarding this complaint? Yes ☐ No ☑ If Yes:

Lawyer's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Business Phone: _____ Cell Phone: _____

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) Mr Justin Mercer

Address: Lewis & Lin LLC, 77 Sands Street, 6th Floor

City: Brooklyn        State: NY        Zip Code: 11201

Business Phone: (718) 243-9323        Cell Phone: _____

Email Address: info@iLawco.com

Date(s) of Representation/Incident: 04/13/2021

Have you filed a civil or criminal complaint against this attorney? Yes ✔ No ☐ If Yes:

If yes, name of case (if applicable): FBI IC3, OTHER AGENCIES

Name of Court: _____

Index Number of Case (if known): _____

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ✔

If yes, name of agency: _____

Action taken by agency, if any: _____

**Details of Complaint**

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

SEE ATTACHED STATEMENT

Complainant's Signature (Required): _____

I have previously reported to your agency that Dr Douglas Senderoff, using a former girlfriend of mine, Nicole Matties and her "pimp" Nicola Shapiro and "Joe Hendrix," possibly at the behest and cooperation of my ex-wife Sharie O'Buck and her husband Matt O'Buck working with another former girlfriend Kate Bose, surreptitiously tape recorded me without my knowledge or permission and then tried to continue to extort me for money ($300,000 demanded in 7 days otherwise they would release that information to the public).

Douglas Senderoff admitted in his depositions that he paid/used a whole team of IT forensic experts, hackers, private investigators, and SEO people to surveillance, trespass, enter, hack, break into, copy, target, hijack, steal from, penetrate, and infiltrate my law firm voicemails, emails, websites, wireless networks, client files, payment processors, and other law firm IT infrastructure to obtain this illegal information and data to use against me for extortion purposes.

I had previously complained to law enforcement and the attorney disciplinary committees about his lawyers who were forced to withdraw/resign from this extortion plot presumably by the Bar Association and federal/state/local law enforcement, but now it appears that Douglas Senderoff's previous lawyers Aaron Minc, Daniel Powell, and Roger Blank have been replaced by lawyer Justin Mercer of Lewis & Lin LLC to continue on with the extortion and placing me and my family and law firm staff and clients in this fear/extortion scheme, and are continuing to use the courts to accomplish this.

Keep in mind that I was forced to obtain a restraining order against Nicole Matties and have her arrested because she would not leave my apartment for months, violently abusing and threatening me the entire time, all the while extorting and extracting money from me for her and her pimp Nicola Shapiro, while being supervised and directed and "run" by Joe Hendrix who lived in my residential building at the time at 150 West 51st Street, New York NY 10019, this man who also manipulated and took $20,000 from me for an illegal "Initial Coin Offering" ("ICO") on behalf of the BlockChainOfThings company, run by his friend Andre DeCastro, who then stole and converted this money, and did not pay either me my money refund or my dividend winnings after they raised nearly $14 million dollars a year later.

The SEC later investigated, prosecuted and convicted BlockChainOfThings based on my tips to them, and to the NYC FBI Field Office and the NYS Attorney General.

Now Justin Mercer and his law firm of Lewis & Lin LLC are continuing on with the extortion by also insinuating/threatening to release this ill-gotten and possibly tampered with voice recordings, client/computer/law firm data and information.

Please urgently investigate and advise.

4/13/2021

# EXHIBIT G



**Complaint Referral Form
Internet Crime Complaint Center**

## Victim Information

Name: RAHUL MANCHANDA
Are you reporting on behalf of a business? Yes
Business Name: MANCHANDA LAW OFFICE PLLC
Is the incident currently impacting business Yes
operations?
Age: 40 - 49
Address: 30 WALL STREET, 8TH FLOOR
Address (continued):
Suite/Apt./Mail Stop: SUITE 8207
City: NEW YORK
County: NEW YORK
Country: United States of America
State: New York
Zip Code/Route: 10005
Phone Number: 2129688600
Email Address: INFO@MANCHANDA-LAW.COM
Business IT POC, if applicable:
Other Business POC, if applicable:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

I have previously reported to your agency that Dr Douglas Senderoff (who was investigated by the DEA for providing illegal drugs to hooker prostitute patients/woman), using a former girlfriend of mine, Nicole Matties and her "pimp" Nicola Shapiro and "Joe Hendrix," possibly at the behest and cooperation of my ex-wife Sharie O'Buck and her IT Expert husband Matt O'Buck (who is taking a criminal plea deal involving illegal firearms around my minor children) working with another former girlfriend Kate Bose (who has an outstanding NYC arrest warrant), surreptitiously tape recorded me without my knowledge or permission and then tried to continue to extort me for money ($300,000 demanded in 7 days otherwise they would release that information to the public). Douglas Senderoff admitted in his depositions that he paid/used a whole team of IT forensic experts, hackers, private investigators, and SEO people to surveillance, trespass, enter, hack, break into, copy, target, hijack, steal from, penetrate, and infiltrate my law firm voicemails, emails, websites, wireless networks, client files, payment processors, and other law firm IT infrastructure to obtain this illegal information and data to use against me for extortion purposes. I had previously complained to law enforcement and the attorney disciplinary committees about his lawyers who were forced to withdraw/resign from this extortion plot presumably by the Bar Association and federal/state/local law enforcement, but now it appears that Douglas Senderoff's previous lawyers Aaron Minc, Daniel Powell, and Roger Blank have been replaced by lawyer Justin Mercer of Lewis & Lin LLC to continue on with the extortion and placing me and my family and law firm staff and clients in this fear/extortion scheme, and are continuing to use the courts to accomplish this. Keep in mind that I was forced to obtain a restraining order against Nicole Matties and have her arrested because she would not leave my apartment for months, violently abusing and threatening me the entire time, all the while extorting and extracting money from me for her and her pimp Nicola

Shapiro, while being supervised and directed and "run" by Joe Hendrix who lived in my residential building at the time at 150 West 51st Street, New York NY 10019, this man who also manipulated and took $20,000 from me for an illegal "Initial Coin Offering" ("ICO") on behalf of the BlockChainOfThings company, run by his friend Andre DeCastro, who then stole and converted this money, and did not pay either me my money refund or my dividend winnings after they raised nearly $14 million dollars a year later. The SEC later investigated, prosecuted and convicted BlockChainOfThings based on my tips too them, and to the NYC FBI Field Office and the NYS Attorney General. Now Justin Mercer and his law firm of Lewis & Lin LLC are continuing on with the extortion by also insinuating/threatening to release this ill-gotten and possibly tampered with voice recordings, client/computer/law firm data and information. Please urgently investigate and advise.

Which of the following were used in this incident? (Check all that apply.)
☑ Spoofed Email
☑ Similar Domain
☑ Email Intrusion
☑ Other     Please specify: Hackers, SEO online reputation
                                       damage, trespass,

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

## Information About The Subject(s) Who Victimized You

Name: Justin Mercer, Esq.
Business Name: Lewis & Lin LLC
Address: 77 Sands Street
Address (continued): 6th Floor
Suite/Apt./Mail Stop:
City: Brooklyn
Country: United States of America
State: New York
Zip Code/Route: 11201
Phone Number: 7182439323
Email Address: info@iLawco.com
Website: https://ilawco.com/
IP Address:

---

Name: Dr. Douglas Senderoff
Business Name:
Address: 461 Park Ave South
Address (continued):
Suite/Apt./Mail Stop:
City: New York
Country: United States of America
State: New York
Zip Code/Route: 10016
Phone Number: 2124813939
Email Address:
Website: http://www.drsenderoff.com/
IP Address:

Name: Nicole Matties
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Nicola Shapiro
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Sharie O'Buck
Business Name:
Address: 4 Louis Drive
Address (continued):
Suite/Apt./Mail Stop:
City: Branford
Country: United States of America
State: Connecticut
Zip Code/Route: 06405
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Matt O'Buck
Business Name:
Address: 4 Louis Drive
Address (continued):
Suite/Apt./Mail Stop:
City: Branford
Country: United States of America
State: Connecticut
Zip Code/Route: 06405

Phone Number:
Email Address:
Website:
IP Address:

---

Name: Joe Hendrix
Business Name: BlockChainOfThings Inc
Address:
Address (continued):
Suite/Apt./Mail Stop:
City: New York
Country: United States of America
State: New York
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Andre DeCastro
Business Name: BlockChainOfThings, Inc.
Address:
Address (continued):
Suite/Apt./Mail Stop:
City: New York
Country: United States of America
State: New York
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Kate Bose
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Rahul Manchanda

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***

# EXHIBIT H



## Complaint Referral Form
## Internet Crime Complaint Center

---

### Victim Information

Name: RAHUL MANCHANDA
Are you reporting on behalf of a business? Yes
Business Name: MANCHANDA LAW OFFICE PLLC
Is the incident currently impacting business operations? Yes
Age: 40 - 49
Address: 30 WALL STREET
Address (continued): 8TH FLOOR
Suite/Apt./Mail Stop: SUITE 8207
City: NEW YORK
County: NEW YORK
Country: United States of America
State: New York
Zip Code/Route: 10005
Phone Number: 2129688600
Email Address: INFO@MANCHANDA-LAW.COM
Business IT POC, if applicable:
Other Business POC, if applicable:

---

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Based on conversations that I have had with my attorney Robert Androsiglio, upon information and belief I believe that Dr Douglas Senderoff and his lawyer Justin Mercer of Lewis & Lin LLC in case Douglas Senderoff MD v. Rahul Manchanda Esq., in New York Supreme Court Index #: 152538/2019, have not only refused to answer/respond to Post-EBT Questions asking for any and all texts, emails, voicemails, phone call records, and other written correspondence by and between Dr Douglas Senderoff and one Nicole Matties, Nicola Shapiro, Matthew O'Buck, Sharie O;Buck, Andrea De Castro, Joe Hendrix, Kate Bose, and others, but have criminally destroyed that evidence and/or instructed those parties to also do the same. This tends to defeat/undermine to prove my assertions and allegations that these people have jointly, in a criminal fashion, conspired and worked together to jointly commit criminal acts against me, my law firm business, my children, and my family. His Lawyer, Justin Mercer of Lewis & Lin LLC is located at 81 Prospect St Suite 8001, Brooklyn, NY 11201, telephone number (718) 243-9323 has in my firm belief and opinion counseled, aided, abetted, and actively possibly destroyed this evidence. Please pull this data, preserve it, investigate, and advise.

Which of the following were used in this incident? (Check all that apply.)
☑ Spoofed Email
☑ Similar Domain
☑ Email Intrusion
☑ Other     Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: DR DOUGLAS SENDEROFF
Business Name: C/0 LEWIS & LIN LLC LAW FIRM
Address: 461 Park Ave South
Address (continued):
Suite/Apt./Mail Stop:
City: NEW YORK
Country: United States of America
State: [None]
Zip Code/Route: 10016
Phone Number: 2124893939
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Rahul D Manchanda

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**