```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                                   Index No.: 1:21-CV-5788
Rahul Manchanda Esq.,

         Plaintiff-Appellant,
                                                   NOTICE OF IMPLEADER

Douglas Senderoff MD,

         Defendant-Respondent,

Nicole Matties, Nicola Shapiro,
Matt O'Buck, Sharie O'Buck, Kate Bose,
Joe Hendrix, Andre De Castro, New York
SEO, Erika Brown, TekHattan, Justin Mercer,
Lewis & Lin LLC, Minc Law Firm LLC, New
York Supreme Court Judge Barbara Jaffe,
New York Supreme Court Judge Lucy Billings,
New York Supreme Court Judge Richard Latin,
Southern District Judge Paul Gardephe,
John Does 1-10.

         Defendants.
-----------------------------------x
```

**PLEASE TAKE NOTICE** that pursuant to Rule 14 of the Federal Rules of Civil Procedure relating to Third Party Practice, Plaintiff-Appellant hereby impleads into this lawsuit the following and above referenced Defendants Nicole Matties, Nicola Shapiro, Matt O'Buck, Sharie O'Buck, Kate Bose, Joe Hendrix, Andre De Castro, New York SEO, Erika Brown, TekHattan, Justin Mercer, Lewis & Lin LLC, Minc Law Firm LLC, New York Supreme Court Judge Barbara Jaffe, New York Supreme Court Judge Lucy Billings, New York Supreme Court Judge Richard Latin, Southern District Judge Paul Gardephe, and John Does 1-10.

**Dated:**   New York, NY
             July 7, 2021

_____
Rahul Manchanda, Esq.
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Fax: (212) 968-8601
Email: info@manchanda-law.com